AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RUBEN MANUEL RODRIGUEZ-AGUILAR, | ) | Case No. 13-8023-WM |
| a/k/a Ruben M. Rodriguez | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED by ____ D.C.
JAN 1 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 12, 2013  in the county of  Palm Beach  in the
 Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

 Andy Korzen, Deportation Officer, ICE 
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 15, 2013

_____
*Judge's signature*

City and state:  West Palm Beach, Florida   U.S. Magistrate Judge William Matthewman 
*Printed name and title*

## UNITED STATES v. RUBEN MANUEL RODRIGUEZ-AGUILAR
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ruben Manuel RODRIGUEZ-AGUILAR, also known as Ruben M RODRIGUEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 12, 2013, Ruben M RODRIGUEZ was arrested in Palm Beach County, Florida on charges of battery-domestic violence. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from the United States, that is Ruben Manuel RODRIGUEZ-AGUILAR.

4. On or about January 13, 2013, your affiant received documents from the immigration alien file assigned to Ruben Manuel RODRIGUEZ-AGUILAR. Records from the alien file assigned to Ruben Manuel RODRIGUEZ-AGUILAR show that he is a native and citizen of Mexico. Records further show that on or about August 13, 2007,

1

Ruben Manuel RODRIGUEZ-AGUILAR was ordered removed from the United States. The Order of Removal was executed on or about August 21, 2007, whereby Ruben Manuel RODRIGUEZ-AGUILAR was removed from the United States to Mexico.

5. Town of Palm Beach Police Department Gregory Parkinson conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on January 12, 2013, that is, Ruben Manuel RODRIGUEZ-AGUILAR, was the same person previously removed from the United States on or about August 21, 2007.

6. On or about January 14, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A096 571 008 for the alien identified as Ruben Manuel RODRIGUEZ-AGUILAR, verifying that, after a diligent search, no record was found to exist indicating that Ruben Manuel RODRIGUEZ-AGUILAR had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about January 12, 2013, Ruben Manuel RODRIGUEZ-AGUILAR, also known as Ruben M RODRIGUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Kerzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 15TH day of January, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8023-WM

UNITED STATES OF AMERICA

vs.

RUBEN MANUEL RODRIGUEZ-AGUILAR,
a/k/a Ruben M. Rodriguez
        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        EMALYN WEBBER
        ASSISTANT UNITED STATES ATTORNEY
        Emalyn.Webber@usdoj.gov
        Florida Bar No. 407501
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777